**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| Patsy L. Barrows-Wise, Adm. Est. | : | |
| Of Krystal M. Barrows, Dec'd., | : | |
| | : | **Case No. 2:14-cv-2244** |
| Plaintiff, | : | |
| | : | |
| vs. | : | **Judge Watson** |
| | : | |
| George Lavender, et. al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF STATUS OF SETTLEMENT

Pursuant to this Court's Order dated June 15, 2016 (Doc. 35), the parties provide the following status on their settlement. Plaintiff's Decedent incurred medical bills in this case. Decedent's bills were paid by Medicaid. Before the settlement can be probated, the Medicaid bill must be resolved. Plaintiff's counsel has recently received a final lien amount from Medicaid and has now submitted a request to Medicaid for a reduction of the lien amount. Plaintiff's counsel is waiting for a response from Medicaid. Once the Medicaid lien amount is finalized, Plaintiff's counsel will seek approval of the settlement in probate court and make the required distributions.

Respectfully submitted,

/s/ Andrew N. Yosowitz
**Mark Landes          (0027227)**
E-mail: mlandes@isaacwiles.com
**Andrew N. Yosowitz          (0075306)**
E-mail: ayosowitz@isaacwiles.com
**Isaac, Wiles, Burkholder and Teetor, LLC**
2 Miranova Place, Suite 700
Columbus, Ohio 43215
Tel: 614-221-2121; Fax 614-365-9516
*Attorneys for Defendants Sheriff George Lavender,
Jr. and Brett McKnight*

/s/ Kevin L. Shoemaker
Kevin L. Shoemaker (0017094)
8226 Inistork Ct.
Dublin, Ohio 43017
(614) 469-0100
kshoemaker@midohiolaw.com

/s/ Sean A. McCarter
Sean A. McCarter (0064215)
Law Office of Sean A. McCarter
88 N. Fifth Street
Columbus, Ohio 43215
(614) 358-0880
*Co-Counsel for Plaintiff Patsy L. Barrows-Wise*
*Administrator of the Estate of Krystal M. Barrows,*
*Deceased*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy of the foregoing was also served on all parties.

/s/ *Andrew N. Yosowitz*
Andrew N. Yosowitz (0075306)